UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GERALD ROSS,

                        Plaintiff,

vs.                                              Case No. 13-cv-11858
                                                 HON. GEORGE CARAM STEEH
WELLS FARGO BANK, N.A.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, and
PEOPLE'S CHOICE HOME LOAN, INC.,

                        Defendants.
_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION (DOC. #13)
AND GRANTING DEFENDANTS' MOTION TO DISMISS (DOC. # 3)

        On August 28, 2013, Magistrate Judge Laurie Michelson issued a report and

recommendation that the court grant defendants' motion to dismiss the complaint.  In her

report and recommendation, the magistrate judge found that plaintiff had failed to state a

claim as to any of the counts included in his *pro se* complaint and recommended dismissal

on that basis.

        The magistrate judge specifically stated that any objections to her report must be

filed within 14 days of service, and that failure to file such objections constituted a waiver

of any further right of appeal.  *See Thomas v. Arn*, 474 U.S. 140, 155 (1985).  No such

objections were filed by the plaintiff.

        The court has reviewed the magistrate judge's well-reasoned report and

recommendation and hereby adopts it in its entirety.  Defendant's motion to dismiss is

-1-

hereby GRANTED.  As stated in the report and recommendation, plaintiff's motion for stay

of eviction is DENIED AS MOOT.  Judgment will enter for defendants.

IT IS SO ORDERED.

Dated:  September 19, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 19, 2013, by electronic and/or ordinary mail and
also on Gerald Ross, 19191 Trinity, Detroit, MI  48219.

s/Carol Cohron
Deputy Clerk

---